26cr 98 NEB/DTS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

ABDULLAHI MOHAMUD MOHAMED,

        Defendant.

**INDICTMENT**

18 U.S.C. § 1001

THE UNITED STATES GRAND JURY CHARGES:

## COUNT 1
(False Statement)

1.     On or about October 20, 2025, in the State and District of Minnesota, the defendant,

ABDULLAHI MOHAMUD MOHAMED,

willfully and knowingly made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, to United States Citizenship and Immigration Services, that is to say:

    a.    MOHAMED was interviewed by United States Citizenship and Immigration Services under oath, in support of his application for Legal Permanent Residence in the United States.

    b.    During the interview, MOHAMED was asked whether he had worked on behalf of the Somali government while in the United States. MOHAMED falsely responded that he had not.

SCANNED

APR 07 2026

U.S. DISTRICT COURT MPLS

c.    MOHAMED was asked whether he had any interactions with any government offices in the United States.  He falsely responded that he had not.

d.    MOHAMED was asked whether he had any interactions with any government officials or politicians in the United States. He falsely responded that he had not.

In violation of Title 18, United States Code, Section 1001.

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY          FOREPERSON

2