**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: DAVID T. SCHULTZ |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 26-cr-78 (NEB/DTS) |
| | ) | Date: April 22, 2026 |
| Abdullahi Mohamud Mohamed, | ) | Courthouse: Minneapolis |
| | ) | Courtroom: 9W |
| Defendant. | ) | Time Commenced: 1:59 p.m. |
| | ) | Time Concluded: 2:03 p.m. |
| | ) | Time in Court: 4 Minutes |

APPEARANCES:

Plaintiff: Ethan Vande Wall, Assistant U.S. Attorney
Defendant: Bruce Rivers
X Retained

Date Charges Filed: April 7, 2026 Offense: False Statement

X Advised of Rights

on X Indictment

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

X Defendant also arraigned at this hearing, see separate arraignment minutes.
X Government moves to unseal the case. X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

s/gep
Signature of Courtroom Deputy