**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

ABDULLAHI MOHAMUD MOHAMED,

Defendant.

Case No. 26-CR-78 (1) (NEB/DTS)

ORDER

---

Defendant Abdullahi Mohamud Mohamed appeared before the Court on July 1, 2026 to set a date certain trial date. At the hearing, the parties indicated they need an additional three months or so to prepare for trial. The parties requested a fall trial date. The Court finds this request reasonable and grants the additional time to prepare for trial. The Court sets this case for trial on October 26, 2026 at 9:00 a.m. in Courtroom 13W in the Diana E. Murphy Federal Courthouse.

The Court finds that the time between the date of the hearing on July 1, 2026 and October 26, 2026, is excludable from the Speedy Trial Act calculations in this matter under 18 U.S.C. Section 3161(h)(7)(A). Specifically, the Court finds additional time is needed to allow the parties to prepare for trial. The Court thus concludes that the ends of justice are served by granting the requested continuance outweigh the best interest of the public and Defendant in a speedy trial.

Accordingly, IT IS HEREBY ORDERED that the time between July 1, 2026, and October 26, 2026, shall be excluded from the Speedy Trial Act computations in this case.

Dated: July 27, 2026

BY THE COURT:
s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge