UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-78 (NEB/DTS)

UNITED STATES OF AMERICA,

Plaintiff,

v.

**MOTION TO DISMISS**

ABDULLAHI MOHAMUD MOHAMED,

Defendants.

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Rebecca E. Kline, Assistant United States Attorney, hereby moves the Court for an order dismissing the Indictment against the above-named defendant, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

The reason for the motion is that the defendant is currently in removal proceedings under Section 240 of the Immigration and Nationality Act. On August 19, 2026, U.S. Citizenship and Immigration Services issued a Notice to Appear to the defendant, requiring his appearance before an immigration judge on October 1, 2026. Accordingly, there is no longer a federal interest in continuing prosecution in light of his anticipated removal from the United States.

Dated: September 4, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Rebecca E. Kline*
BY: Rebecca E. Kline
Assistant U.S. Attorney