**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ABDULLAHI MOHAMUD MOHAMED,

Defendant.

Case No. 26-CR-78 (1) (NEB/DTS)

ORDER FOR DISMISSAL

The Government filed a Motion to Dismiss the Indictment against the above-named defendant pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. (ECF No. 29.) Defendant is currently in the process of removal proceedings under Section 240 of the Immigration and Nationality Act. The Government is no longer interested in prosecuting the Defendant in light of his anticipated removal from the United States.

IT IS HEREBY ORDERED that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government's motion for dismissal is hereby GRANTED and the Indictment against the above-named Defendant is dismissed. The trial scheduled before this Court to begin on October 26, 2026 is hereby stricken from the court calendar.

Dated: September 8, 2026

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge